# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

THOMAS CARLIN,

    Plaintiff,

v.                                                       Case No. 6:23-cv-1894-RBD-RMN

THE ZAPI GROUP, LLC,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, Defendant defaulted (Doc. 20) and Plaintiff moved for a default judgment (Doc. 24 ("Motion")). On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation (Doc. 25 ("R&R")) submitting that the Court should grant the Motion in large part, just adjusting the amount of costs and interest to which Plaintiff is entitled. The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 25) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 24) is **GRANTED IN PART AND DENIED IN**

    **PART** as set forth above and in the R&R.

3.  The Clerk is **DIRECTED** to enter a final default judgment in favor of Plaintiff Thomas Carlin and against Defendant The Zapi Group, LLC in the amount of $20,275.52 plus post-judgment interest.

4.  The Clerk is then **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 5, 2024.

*[Signature]*
ROY B. DALTON, JR.
United States District Judge